**IN THE SUPREME COURT OF PENNSYLVANIA
WESTERN DISTRICT**

| | | |
|---|---|---|
| EILEEN VEY, | : | No. 123 WM 2016 |
| Petitioner | : | |
| v. | : | |
| JERRY TYSKIEWIEZ, DIRECTOR OF SERVICES, DEPT. OF REAL ESTATE, | : | |
| Respondent | : | |

**ORDER**

**PER CURIAM**

    **AND NOW**, this 23rd day of January, 2017, the "King's Bench Matter" is **DENIED**.